# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

3M Company,                                           Civil No. 08-827 (JNE/SRN)

    Plaintiff,

v.                                                    **ORDER**

Darlet-Marchante-Technologie SA,

    Defendant.

---

    Larry D. Espel, Esq., Greene Espel, PLLP, 200 South 6th Street, Suite 1200, Minneapolis, MN 55402-1415, for Plaintiff.

    Phillip R. Krass, Esq., Krass Monroe, PA, 8000 Norman Center Drive, Suite 1000, Minneapolis, MN 55437-1178, for Defendant.

---

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss [Doc. No. 21] is **DENIED**.


Dated:  May 5, 2009                                  s/ Joan N. Ericksen
                                                                                            Joan N. Ericksen
                                                                                            United States District Judge